# Exhibit A

**Generated on:** This page was generated by TSDR on 2026-10-29 13:40:33 EDT

**Mark:** ENDEAVOR

ENDEAVOR

**US Serial Number:** 97329372

**Application Filing Date:** Mar. 24, 2022

**US Registration Number:** 7870735

**Registration Date:** Jul. 22, 2025

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Jul. 22, 2025

**Publication Date:** Nov. 12, 2024 **Notice of Allowance Date:** Dec. 24, 2024

# Mark Information

**Mark Literal Elements:** ENDEAVOR

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Related Properties Information

**Parent Of:** 97978114

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Real estate development and construction of commercial and hotel property; commercial real property construction project management services

**International Class(es):** 037 - Primary Class

**U.S Class(es):** 100, 103, 106

**Class Status:** ACTIVE

**First Use:** Mar. 01, 1999

**Use in Commerce:** Mar. 01, 1999

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** Endeavor Real Estate Group, Ltd.

**Composed of:** Endeavor 2015 Management, LLC (Texas limited liability company)

**Owner Address:** 500 West 5th Street, Suite 700
Austin, TEXAS UNITED STATES 78701

**Legal Entity Type:** LIMITED PARTNERSHIP

**State or Country Where Organized:** TEXAS

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Raman N. Dewan

**Docket Number:** 107190.00083

**Attorney Primary Email Address:** rdewanipdocket@jw.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Raman N. Dewan
JACKSON WALKER L.L.P.
100 CONGRESS AVE., SUITE 1100
AUSTIN, TEXAS United States 78701

**Phone:** 512-236-2000

**Correspondent e-mail:** rdewanipdocket@jw.com

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 22, 2025 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Jul. 22, 2025 | REGISTERED-PRINCIPAL REGISTER | |
| Jul. 16, 2025 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Jun. 30, 2025 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Jun. 24, 2025 | SOU TEAS EXTENSION RECEIVED | |
| Jun. 17, 2025 | STATEMENT OF USE PROCESSING COMPLETE | |
| Dec. 27, 2024 | USE AMENDMENT FILED | |
| Dec. 27, 2024 | TEAS STATEMENT OF USE RECEIVED | |
| Dec. 24, 2024 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Nov. 12, 2024 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Nov. 12, 2024 | PUBLISHED FOR OPPOSITION | |
| Oct. 23, 2024 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Oct. 03, 2024 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 11, 2024 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Sep. 11, 2024 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Sep. 11, 2024 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Aug. 29, 2024 | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED | |
| Aug. 29, 2024 | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED | |
| May 30, 2024 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| May 30, 2024 | NON-FINAL ACTION E-MAILED | |
| May 30, 2024 | NON-FINAL ACTION WRITTEN | |
| May 08, 2024 | DIVISIONAL PROCESSING COMPLETE | |
| Feb. 27, 2024 | DIVISIONAL REQUEST RECEIVED | |
| Apr. 08, 2024 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Apr. 02, 2024 | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED | |
| Apr. 02, 2024 | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED | |
| Feb. 27, 2024 | TEAS REQUEST TO DIVIDE RECEIVED | |
| Jan. 04, 2024 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Jan. 04, 2024 | NON-FINAL ACTION E-MAILED | |
| Jan. 04, 2024 | NON-FINAL ACTION WRITTEN | |

| | |
|---|---|
| Dec. 07, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Dec. 07, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Dec. 06, 2023 | ASSIGNED TO LIE |
| Jul. 06, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Apr. 06, 2023 | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED |
| Apr. 06, 2023 | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED |
| Jan. 06, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Jan. 06, 2023 | NON-FINAL ACTION E-MAILED |
| Jan. 06, 2023 | NON-FINAL ACTION WRITTEN |
| Jan. 06, 2023 | ASSIGNED TO EXAMINER |
| Mar. 29, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Mar. 28, 2022 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION **Date in Location:** Jun. 30, 2025

**Generated on:** This page was generated by TSDR on 2026-10-29 13:39:40 EDT

**Mark:** ENDEAVOR

ENDEAVOR

**US Serial Number:** 97978114

**Application Filing Date:** Mar. 24, 2022

**US Registration Number:** 7600938

**Registration Date:** Dec. 10, 2024

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Dec. 10, 2024

**Publication Date:**Jul. 23, 2024**Notice of Allowance Date:**Sep. 17, 2024

# Mark Information

**Mark Literal Elements:** ENDEAVOR

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Related Properties Information

**Child Of:** 97329372

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Real property leasing and management services; investment management services for others in the field of industrial, commercial, multi-family, and mixed-use real estate; consulting services, namely, providing representation services in the nature of real estate agent services for tenants in commercial real property leasing matters

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**First Use:** Mar. 01, 1999

**Use in Commerce:** Mar. 01, 1999

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** Endeavor Real Estate Group, Ltd.

**Composed of:** Endeavor 2015 Management, LLC (Texas limited liability company)

**Owner Address:** 500 West 5th Street, Suite 700
Austin, TEXAS UNITED STATES 78701

**Legal Entity Type:** LIMITED PARTNERSHIP

**State or Country Where Organized:** TEXAS

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Raman N. Dewan

**Docket Number:** 107190.00083

**Attorney Primary Email Address:** rdewanipdocket@jw.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Raman N. Dewan
JACKSON WALKER L.L.P.
100 CONGRESS AVE., SUITE 1100
AUSTIN, TEXAS United States 78701

**Phone:** 512-236-2000

**Correspondent e-mail:** rdewanipdocket@jw.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 10, 2024 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Dec. 10, 2024 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 23, 2024 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Oct. 23, 2024 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Oct. 12, 2024 | STATEMENT OF USE PROCESSING COMPLETE | |
| Oct. 04, 2024 | USE AMENDMENT FILED | |
| Oct. 04, 2024 | TEAS STATEMENT OF USE RECEIVED | |
| Sep. 17, 2024 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jul. 23, 2024 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jul. 23, 2024 | PUBLISHED FOR OPPOSITION | |
| Jul. 03, 2024 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jun. 18, 2024 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 01, 2024 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Jun. 01, 2024 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| May 31, 2024 | TEAS REQUEST FOR RECONSIDERATION RECEIVED | |
| May 30, 2024 | NOTIFICATION OF FINAL REFUSAL EMAILED | |
| May 30, 2024 | FINAL REFUSAL E-MAILED | |
| May 30, 2024 | FINAL REFUSAL WRITTEN | |
| May 08, 2024 | DIVISIONAL PROCESSING COMPLETE | |
| Feb. 27, 2024 | DIVISIONAL REQUEST RECEIVED | |
| Apr. 08, 2024 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Apr. 02, 2024 | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED | |
| Apr. 02, 2024 | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED | |
| Feb. 27, 2024 | TEAS REQUEST TO DIVIDE RECEIVED | |
| Jan. 04, 2024 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Jan. 04, 2024 | NON-FINAL ACTION E-MAILED | |
| Jan. 04, 2024 | NON-FINAL ACTION WRITTEN | |
| Dec. 07, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED | |

| | |
|---|---|
| Dec. 07, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Dec. 06, 2023 | ASSIGNED TO LIE |
| Jul. 06, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Apr. 06, 2023 | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED |
| Apr. 06, 2023 | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED |
| Jan. 06, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Jan. 06, 2023 | NON-FINAL ACTION E-MAILED |
| Jan. 06, 2023 | NON-FINAL ACTION WRITTEN |
| Jan. 06, 2023 | ASSIGNED TO EXAMINER |
| Mar. 29, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Mar. 28, 2022 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION **Date in Location:** Oct. 23, 2024