# Exhibit B

TARRANT COUNTY

# Fort Worth residents of Las Vegas Trail senior complex describe mold, pests, plumbing problems

Tenants at Manor Independent Living live with nearly 100 city building code violations and looming utility cutoffs, as a councilman seeks help.

AdChoices

Learn more



Author: **Brittany Costello, Michael Botsford**
Published: **7:08 PM CDT September 30, 2026**
Updated: **7:08 PM CDT September 30, 2026**

FORT WORTH, Texas — Residents of Manor Independent Living in Fort Worth's Las Vegas Trail neighborhood say they are living amid plumbing failures, mold and pest infestations, while a city councilman worries the property could soon lose utility service.

Inside the complex, fungi could be seen growing from the carpet. Residents described plumbing backups that, on at least one occasion, sent sewage flooding a man's apartment. The man did not want to be identified.

Many of the units are vacant, and some are unsafe to occupy, residents said.

Maurice White, who has lived at the complex for three years, said conditions have declined. "This place was nice, back in the day," he said. White said he is dealing with cockroaches, though he described the problem as manageable.

The city of Fort Worth has added a pest infestation to a list of nearly 100 code compliance violations at the property.

City Councilman Michael Crain, who represents the area, called the situation dire.

"This is a sinking ship," Crain said. "We have to get people out of there before they drown."

Crain said the property's ownership has been unresponsive. He alleged the owners are thousands of dollars behind on water and utility bills.

"We know they will be cut off at some point for non-payment," Crain said.

He said he is working with local organizations to help residents.

White questioned where residents' rent money is going. "We paying our rent but where is it going? That's what I'm concerned," he said.

White said he does not want to leave and believes the community is starting to make improvements. He acknowledged his options are limited. "We're disabled ourselves," he said.

"I just want some place that anybody would not mind living in," said another tenant. "I can tell you right now, that's not what this is."

An employee of the property management company, who traveled from California, was on site Wednesday. She declined to formally comment on residents' concerns or the allegations.

Three citations have been issued to the property so far, according to the city. The property is scheduled for a Municipal Court hearing Oct. 28 over the existing substandard conditions.

Sponsored Message




FORT WORTH REPORT
Tarrant County's Nonprofit News Source

Donate Newsletters

2026 Elections | Topics | News Near You | Events | In Depth | Obituaries | Help Us Report | Support Us

BUSINESS

# Bob on Business: Aviation supplier lands at Alliance

by Bob Francis
March 22, 2025 4:10 pm

Add us on Google | Facebook | X | LinkedIn | Bluesky | Email




Officials from Aircraft Spruce & Specialty Co., Hillwood and others in the Alliance area celebrate the company's new distribution center. (Courtesy photo | Hillwood)

**Enjoy reading the news again.** Join over 110,000 neighbors who count on our newsletters for stories happening in your backyard. Sign up for free.

Aircraft Spruce & Specialty Co. and its sister company, Aero Performance, have opened a new 38,000-square-foot distribution center inside AllianceTexas.

Aircraft Spruce & Specialty Co. has been a supplier for aircraft builders, owners, pilots and aviation businesses since 1965. Aero Performance, founded in 2002, is a leading distributor for aviation product manufacturers. This includes parts to corporate operators, flight schools, military and government customers nationwide.

Hillwood Construction Services was the general contractor on the new distribution center. The new facility replaces a 10,000-square-foot facility in Fort Worth where the company operated since 2014.

Roanoke Mayor Carl E. "Scooter" Gierisch joined Hillwood Chairman Ross Perot Jr., Aircraft Spruce President Jim Irwin and others at an event on March 8. In addition, more than 400 Aircraft Spruce and Aero Performance customers, leaders and guests gathered to cut the ribbon and tour the company's newest distribution center.

Sponsored Message

"We're honored to be in the aviation hotbed that is AllianceTexas," said Irwin in a statement. "My parents founded Aircraft Spruce in the basement of our family home in 1965, selling only aircraft grade spruce."



✨ Getting the full story takes time

It also takes all of us. It's only possible with your support.

Support in-depth news

In 1980, Jim and his wife, Nanci, assumed leadership of the company, which had 25 employees in Fullerton, California, at the time.

Perot noted that North Texas has long been synonymous with aviation and aerospace excellence, with major industry players such as Lockheed Martin Aeronautics, Bell, American Airlines, Southwest Airlines and Boeing's Global Services all calling Dallas-Fort Worth home.

"And it's great to see a family-owned company like Aircraft Spruce continuing its growth at AllianceTexas," said Perot.

## Las Vegas Trail senior community to see upgrades

Endeavor Group Real Estate, an adaptive reuse and renewal company specializing in transforming older or distressed assets into newer modern affordable residential communities, has announced its inaugural affordable independent living project in Fort Worth. Endeavor has acquired a senior living complex in the Las Vegas Trail area of Fort Worth with a total of 140 units available.

The facility has been renamed Manor Independent Living.

Sponsored Message




Some of the key upgraded amenities include upgraded meal plans, concierge access to medical care and upgraded lounge areas, games rooms and amenity spaces.

"We were attracted to this property for many reasons, but first was the lack of affordable senior housing in the Fort Worth area," said Richard Rubin, principal at Endeavor. "Hill Villa offers an opportunity to bring affordability and independent senior living to the market without a reliance on federal or state subsidies. This demonstrates Endeavor's commitment to adaptive reuse and delivering affordable housing solutions in markets with strong demand."

The property was acquired by Endeavor in May 2024. The property is already operational with upgrades ongoing. Leasing begins April 1.

## Water feature construction company flows into Arlington

Design-build construction company Outside the Lines Inc., or OTL, has expanded in the southwest with a new office in Arlington.

Headquartered in Southern California since 2007, Outside the Lines has a long history of designing, building and constructing large-scale entertainment-focused water features for commercial properties, as well as realistic rockwork and themed environments. To date, the firm has completed more than $200 million in projects across the U.S. and $30 million across the state of Texas.

Sponsored Message




OTL has designed and constructed several show fountains in retail and mixed-use properties across Texas, including the special effects show fountain at Texas Live! The company also created the tallest interactive water feature in the world — the Nancy Best fountain at Klyde Warren Park — and the Illuvia fountain at EpicCentral in Grand Prairie.

## Zaxbys coming to Fort Worth

Zaxbys, a fried chicken concept that already has locations in Keller and Mansfield, is coming to Fort Worth. Plans have been filed for a location for the Athens, Georgia-based chain at 5369 Sycamore School Road in south Fort Worth. Zaxbys is known for its variety of chicken offerings and wide selection of sauces. The 3,000-square-foot site is located in a former Burger King. Renovation of the site is expected to be complete by mid-July of this year.

**Industrial park acquired**

Altus Equity Group has acquired Kennedale Light Industrial Park, a newly developed small-bay industrial property. The transaction, brokered by Colliers and led by senior Vice President Cody Payne, closed in February.

Located at 7406 Mansfield Highway in Kennedale, the property consists of seven buildings totaling more than 160,000 square feet on a 13-acre lot. Completed in late 2023, the industrial park caters to the growing demand for flexible small-bay commercial space in one of the fastest-expanding markets in the U.S.

"We are acquiring this property well below replacement costs," said Andy Eicher, senior vice president of investments at Altus Equity Group. "At about 30% occupied at purchase, and with a comprehensive, broad-based, professional leasing strategy not yet brought to bear on this asset, the acquisition represents tremendous opportunity to add value by simply leasing up the remainder of the space."

*Do you have something for the Bob on Business column? Email Bob Francis at bob.francis@fortworthreport.org.*

*Bob Francis is business editor for the Fort Worth Report. Contact him at bob.francis@fortworthreport.org. At the Fort Worth Report, news decisions are made independently of our board members and financial supporters. Read more about our editorial independence policy here.*

**The Fort Worth business news you need**

From agriculture to aviation, get essential Fort Worth-area business news delivered to your inbox — free.

Email Address | Sign up for free

Search ...

Send us a story tip

LATEST NEWS

ARTS & CULTURE
Weekend Worthy: Get spooked at these Halloween celebrations in Fort Worth

ARTS & CULTURE
A Life in the Ballet: How Fort Worth's Andre Silva built a career at Texas Ballet Theater

LOCAL GOVERNMENT
Arlington city leaders cast vote for municipal organization leader amid concerns about incumbent

FOOD
The Dish: Music, specials, community flavor Día de los Muertos dining in Fort Worth

LOCAL GOVERNMENT
Arlington explores potential regulations on data center zoning, water and noise

MOST POPULAR

Grocery store to anchor major development for prime I-30 spot near Arlington's Entertainment District, mayor says

National nonprofit shutting down Arlington office, lays off 18 employees

A southwest neighborhood will receive millions to improve its quality of life

Fort Worth grants protected status to WWI airstrip remnant

Vendors left to pivot in face of 2027 ArtsGoggle pause

Sponsored Message



We'll help keep your money boring so your life doesn't have to be. PNC BANK

FWR FORT WORTH REPORT
Tarrant County's Nonprofit News Source

HEALTH

# They call a Fort Worth senior living community home. Then trash began piling up.

By McKinnon Rice
August 25, 2026 7:56 pm



Residents Gary Daniel, 78, left, and Latrice Tucker, 67, talk about their experience at Manor Independent Living on Aug. 19, 2026, in the Las Vegas Trail neighborhood of Fort Worth. (Christine Vo | Fort Worth Report)

Enjoy reading the news again. Join over 110,000 neighbors who count on our newsletters for stories happening in your backyard. Sign up for free.

Latrice Tucker remembers what home was like at her independent living community.

The 67-year-old recalled a well-kept courtyard at 8000 Calmont Ave. A cafeteria downstairs for residents. Activities such as bingo, poker and margarita nights.

"There wasn't anything that wasn't taken care of," Tucker said.

Five years later, she is one of dozens of older adults at Manor Independent Living — located in the historically underserved Las Vegas Trail neighborhood — living in unsanitary conditions.

When the Fort Worth Report conducted a site visit Aug. 19, full trash bags were piled up in rooms on the first floor. Water leaked from the ceiling. And several common areas such as the dining and medical rooms remained unused.

Your Community. Your News. Your Voice. Every day, our team at the Fort Worth Report is working hard to build a news outlet that is free, fair and local. Support Local News

[illegible]

The property was acquired and renamed by EGRE in May 2024. Manor was intended to serve older adults who do not qualify for subsidized housing but cannot afford expensive retirement communities, according to a March 2025 news release.

The Fort Worth Report contacted EGRE for comment via email but did not receive a response. The company does not have a phone number listed on its website.

For tenants, a variety of challenges may prevent them from moving elsewhere, said Aaron Renaud, fair housing manager for the North Texas Fair Housing Center. Many have physical disabilities or live on a fixed income. Some lack transportation options. The process of finding somewhere new that is both affordable and offers the amenities they need can also be lengthy.

SCALIA/GINSBURG AN OPERA BY DERRICK WANG NOVEMBER 13 & 14 AT 7:30 PM LEARN MORE FORT WORTH OPERA

The slogan "Transforming spaces, enriching lives" greets visitors to EGRE's website, and the company advertises itself as providing "affordable housing through adaptive re-use." Manor Independent Living was the Austin company's first venture into senior housing.

## 'It's like a roach den'

Since January, balances of over $5,000 for trash pickup services at Manor Independent Living went unpaid. The result has been an accumulation of trash at the property.



Resident Scott Holcomb, 66, shows the state of the overflowing dumpsters at Manor Independent Living on Aug. 19, 2026. (Christine Vo | Fort Worth Report)

Dumpsters outside the building were filled to the brim at the time of the Report's visit, and overflow trash piled up in the surrounding area. With no space left, full trash bags were left inside empty units on the first floor.

Flies swarmed in the rooms, which reeked from the garbage.

"If you walk down to that hallway, you're going to smell it," 68-year-old resident Hugh Pitts said.

Camp FORT WORTH, TEXAS EXPLORE



Trash fills a room at Manor Independent Living on Aug. 19, 2026, near the Las Vegas Trail neighborhood in Fort Worth. According to an email obtained by the Fort Worth Report, the dumpsters have not been emptied in over a month, leaving residents to collect trash in two rooms. (Christine Vo | Fort Worth Report)

Residents also complained about pests, including cockroaches.

"I'm constantly taking my shoe off and hitting them," Tucker said. "It's like a roach den."

One resident, who asked to remain anonymous, said her bedbug bites are so severe that the itching keeps her up at night.



A 59-year-old woman who moved into Manor Independent Living six months ago shows the bug bites on her body on Aug. 19, 2026. (Christine Vo | Fort Worth Report)

Rob Walston, an 83-year-old Marine Corps veteran, has his housing covered by the Department of Veterans Affairs. A few days after moving in four months ago, his apartment flooded, he said. He had to throw out his clothing and replace it, as well as toss some of his still-packed boxes that were soaking wet.



Resident Rob Walston, 83, shares his experience at Manor Independent Living on Aug. 19, 2026. A few days after moving in, Walston's apartment flooded. (Christine Vo | Fort Worth Report)

Veteran Bruce Walton, whose rent is also covered by the VA, has a bucket outside his apartment door for a leak that has been ongoing since he moved in. When it fills, he takes it into his apartment to empty and then replaces it.

Throughout the building, signs of leaks and water damage were visible. On the second floor, buckets caught dripping water. One ceiling tile had black mold and had been pulled aside to allow the water to drip into the bucket.

The email from the former property manager noted multiple leaks on the first floor "due to clogged and broken pipes." Maintenance then unclogged the pipes, but "wastewater came up through the floors and shower drains in several units," the email read.

The building's elevators were also cited as a concern.

One elevator broke down and trapped a custodian inside, Renaud said. The fire department came and rescued them.

Another elevator had been "out of commission," according to the property manager's email. Maintenance reset that elevator, and it began to work again.

"We don't really know how long that's going to last, given that it was out of order for quite some time," Renaud noted, while also expressing concern for mobility-challenged residents on the upstairs floors.

On Aug. 20, Homeless Military Veterans became involved in rectifying the issues with the property, said the nonprofit's president, Kelly Hall.

Hall told the Report on Aug. 24 that all overdue utilities had been paid, adding that the trash will be picked up Wednesday.

EGRE asked for the nonprofit's help with the Fort Worth independent living community while planning a collaboration in Austin, Hall said. The nonprofit aims to eventually own the property, he said.

Homeless Military Veterans' goal is to "get everything back on track," Hall said, adding that they plan to restart activities for residents and have contacted other nonprofits about reopening the dining room.

Hall said he was told by EGRE that on-site management was tasked with paying the utilities but had not done so.

He attributed the building's conditions to "bad leadership" from on-site management.

"The past management really didn't manage anything," Hall said.

In the Aug. 3 email obtained by the Report, the property manager outlined to EGRE ownership the problems resulting from the unpaid utilities and emphasized that "immediate funding and payment" of the utilities was needed to prevent further health and safety problems.

## 'This is our home'

Manor Independent Living's website boasts of bingo nights, creative activities, daily meals, an on-site doctor's office and a 24-hour staff.

A medical room on the first floor has gone unused for years, predating the current owners, Tucker and her partner, tenant Gary Daniel, said. Inside, walkers, canes and a wheelchair were stacked on counters and strewn around the room. A red sharps disposal container, items still inside — including a used syringe — sat on a counter.



Medical equipment fills a room at Manor Independent Living Aug. 19, 2026. (Christine Vo | Fort Worth Report)

Regular activities, such as bingo and poker, ceased about a year ago, Tucker said.



Resident Gary Daniel, 78, sits in a dark community room at Manor Independent Living in Fort Worth on Aug. 19, 2026. (Christine Vo | Fort Worth Report)

Just beyond the building's lobby, sets of double doors lead to the former dining room. Management closed the space about four months ago, tenants said. Those doors are now locked, one set held together by a bicycle lock wrapped around the handles.



Dining rooms at Manor Independent Living are locked with a bicycle lock Aug. 19, 2026, near Las Vegas Trail in Fort Worth. (Christine Vo | Fort Worth Report)

Some tenants order delivery, while others receive food from Meals on Wheels.

Tucker and Daniel take the bus to Walmart to purchase groceries, and Tucker cooks meals for the two in their apartment, she said. Not all residents are able to do the same, she added.

EGRE and another LLC, Pramukh Mahant Senior Living Fort Worth, are parent companies of Calmont Villa FW LLC. Records from the Tarrant Appraisal District list Calmont Villa FW as the owner of the property.

EGRE and Pramukh Mahant Senior Living Fort Worth were sued by a lender, American Community Lending Holdings LLC, on May 13 for breach of contract, federal court records show.

The lender argued Calmont Villa defaulted on its loan of more than $6 million. American Community Lending Holdings also alleges the defendants, as guarantors of the loan, were obligated to pay but have not done so.

The defendants denied the allegations in an answer filed with the court.

"We do not comment on pending litigation, but look forward to presenting the facts of this matter in court," Jourdan Wallace, attorney for the defendants, said in an email to the Report.

Christopher Odinet, a professor at the Texas A&M School of Law with expertise in commercial and property law, said the low-income tenants may be left with few legal remedies.

When a landlord does not pay for utilities it agreed to provide, the tenants can break their lease and leave. But that also requires them to have somewhere else to go, Odinet noted.

Another option is to sue the landlord to compel them to fulfill their obligations or to pay damages. But low-income tenants may not be able to afford an attorney. Even if they could, a landlord already in financial trouble may not have the money to pay those damages, Odinet said.

Scott Holcomb, a 66-year-old Manor resident who moved in seven months ago, had previously been sleeping in a homeless shelter or on the street.

"One morning, I was sitting on the sidewalk," he said. "I told myself, 'No more. No more. I'm tired of lying to my grandchildren on the phone when they're worried about me.'"

Holcomb remembered that there were housing options in the area and took a bus there. He tried the affordable housing development across the street first but was told the community had a two-year waitlist, he said. He then walked over to Manor and signed on after finding a unit under $1,000 that was affordable for him.

Some tenants with the means to move have imminent plans to leave. Loretta Jennings, a retired insurance salesperson who will be 78 next month, moved in last November with her miniature schnauzer, Little Man. She found a new apartment last week and planned to go there the next day.



Loretta Jennings, who will be 78 next month, stands in her apartment with her dog Little Man at Manor Independent Living on Aug. 19, 2026, in the Las Vegas Trail neighborhood of Fort Worth. (Christine Vo | Fort Worth Report)

Tucker and Daniel have begun looking at new places to live as well. Ultimately, they do not want to leave.

"This is our home," Daniel said.

But the stress caused from their living situation has led to negative health consequences for Tucker, she said. She could not keep food down and lost 16 pounds in three months. About two months ago, she was hospitalized after passing out from not eating.

For Daniel, managing his stress is important to prevent another stroke. He is what keeps her going, Tucker said.

Daniel moved into the building in 2015. The two met not long after Tucker moved into the building with her uncle. Daniel asked her on a date, and they shared a meal at a Mexican Inn. They have been together since.



Tenant Latrice Tucker, 67, right, cooks for herself and Gary Daniel, 78, at Manor Independent Living on Aug. 19, 2026, near Las Vegas Trail in Fort Worth. (Christine Vo | Fort Worth Report)

After Tucker's uncle died, she decided to stay in the building. It was home, and she had Daniel.

"I wanted to stay there, and then now I want to move on," she said. "I hate to do it, but I tell Gary, if we don't have something done here soon, you and I are going to have to make some decisions on where we're going to live."

*McKinnon Rice is the health reporter for the Fort Worth Report. Her position is supported by a grant from Texas Health Resources. Contact her at mckinnon.rice@fortworthreport.org.*

*At the Fort Worth Report, news decisions are made independently of our board members and financial supporters. Read more about our editorial independence policy here.*

Related

Hardships continue at Fort Worth senior living community

Long-awaited Las Vegas Trail childcare center opens after nearly a decade of planning

A breakdown of Fort Worth's community development grants — what's working and what isn't

Fort Worth Report is certified by the Journalism Trust Initiative for adhering to standards for ethical journalism.

Republish This Story

Republishing is free for noncommercial entities. Commercial entities are prohibited without a licensing agreement. Contact us for details.

TAGGED: #Local #seniors Fort Worth Las Vegas Trail Tarrant county

MCKINNON RICE Health Reporter
McKinnon Rice is the health reporter for the Fort Worth Report. She previously held the role of higher education reporter. She is a graduate of the University of North Texas in Denton, where she received... More by McKinnon Rice

Nominate an unsung hero to our 2026 52 Faces of Community class NOMINATE TODAY!

FWR FORT WORTH REPORT
MAILING ADDRESS: P.O. Box 50218, Fort Worth, TX 76105
NEWSLETTERS
DONATE
Media Kit
Merch Shop
Privacy Policy
Our Mission
We pledge to produce high-quality objective, unbiased and nonpartisan local journalism that informs public decision-making, addresses the quality of life of our community's citizens, holds our policymakers accountable and tells our readers' stories by listening to them and making sure they are valued and understood. In all that we do, earning the trust and respect of our audience is paramount. Our reporting will be free to all who access our primary digital channels.

THIS SITE IS PROTECTED BY RECAPTCHA AND THE GOOGLE PRIVACY POLICY AND TERMS OF SERVICE APPLY.
© 2026 FORT WORTH REPORT
POWERED BY NEWSPACK