# Exhibit C

It's Election Day: Check out our midterm Voter Guide and be informed

**Trending:** Midterm recommendations | Wilonsky on Deep Ellum's ordeal | Voting wait times | NRA sues Da

NEWS // TEXAS

# A Fort Worth judge gave this senior living complex 30 days to fix alarming conditions

A Fort Worth judge gave Manor Independent Living 30 days to fix unsafe conditions as a water shutoff and daily fines loom.

By **McKinnon Rice**, *Fort Worth Report*
Nov 3, 2026

Gift Article



Water damage is visible in the ceiling at Manor Independent Living on Sept. 24, 2026.
Christine Vo/Fort Worth Report

Listen Now:
A Fort Worth judge gave this senior living complex 30 days to fix alarming conditions
About 6 Minutes
1x
Everlit

A Fort Worth municipal court judge on Wednesday ordered the owner of embattled senior community Manor Independent Living to make repairs within 30 days or face fines.

Dallasites weigh in on the new Loop Plaza's trail READ MORE

0:00 / 1:44

The owner of the building at 8000 Calmont Ave., Endeavor Group Real Estate, has until Nov. 27 to fix violations before it must pay a penalty of $1,000 for each day that the violations remain. Even sooner, another critical deadline arrives: Water to the building is scheduled to be shut off Nov. 18 due to nonpayment.

Meanwhile, Aaron Renaud, fair housing manager for the North Texas Fair Housing Center, told the Fort Worth Report that the building's only functioning elevator is emitting smoke. A tenant has been told by management to turn the elevator off at 4 p.m. every afternoon, he added, stranding elderly and disabled tenants upstairs until morning. A resident fell down the stairs while unable to use the elevator, Renaud said.

**ADVERTISEMENT**
Article continues below this ad

The hearing, which came after tenants endured months of unsanitary and unsafe conditions, drew an audience as residents of the building and their advocates gathered to one side of the gallery.

After issuing her order, Judge Claudia Martinez took the building's management to task, noting that it could be overwhelming for the older residents, some of them disabled, to move to new homes.

"To take advantage of that and say, 'Well, it's OK that there's fungus growing in the hallway because our residents like it there and don't want to move,' is just absolutely ridiculous," she said. "To say residents want to live here — but they might not have any water, but that's OK, they don't want to move, they like living here — is just absolutely ridiculous."

Prompted by questions from assistant city attorney Elizabeth Borders, the prosecutor on the case, code enforcement officer Larry Runnels described the conditions that residents of Manor Independent Living have faced, including water leaks, fungus growing out of hallway carpet, electrical hazards, an out-of-order elevator, and holes in walls and ceilings.

“Have you noticed any significant progress towards compliance overall?” Borders asked Runnels.

“Significant? No,” he replied. He noted repairs were made to the main entrance’s ceiling and around the front door, and that trash had been removed from where it was previously piled into vacant units after garbage pickup ceased due to nonpayment.

Jourdan Wallace, the attorney representing the property owner, acknowledged that the property was “definitely in disarray” but argued 30 days was an unreasonable timeline for completing needed repairs.

“They’ve just been alerted recently to the extent of the damages that have taken place at the property,” she said. “This is not a matter of resting on our laurels, so to speak. This is something that they are completely on top of now that they’ve taken back over management.”

Jolene Bañuelos, who identified herself as the property’s management, testified that she arrived at the property at the end of September.

However, in an Aug. 3 email obtained by the Report, a former property manager outlined problems including leaks, the broken elevator, bed bugs, accumulated garbage, cockroaches and outstanding utility bills. The email was sent to the property owner and to Bañuelos.

Bañuelos testified that ceiling tiles had been replaced and a leak on the roof had been fixed. She alleged a contractor had been brought in to oversee repair work.

Wallace asked Bañuelos if she agreed that the residents' quality of life is currently good.

"Yes," Bañuelos replied.

During cross examination, Borders questioned Bañuelos as to the status of the utilities, revealing that water to the building could be disconnected due to nonpayment on Nov. 18.

Bañuelos said the bill for the water was more than $17,000. She testified that she had not yet arranged an amount with the city that would prevent the shutoff and did not yet know how much she could afford to pay, but she asserted that she would ensure a payment was made and that the water would not be shut off.

For Manor resident Latrice Tucker, news of the potential disconnection date came as a shock. She sat in the courtroom, her partner Gary Daniel beside her.

“If it’s shut off, what happens to us?” she said after the hearing concluded.

Wallace declined to comment for this story on behalf of herself and Bañuelos, saying they “don’t comment on active litigation.” The Report contacted Endeavor Group Real Estate for comment but did not receive a reply.

Benjamin Sampract, senior assistant city attorney and section chief for public safety, said the city has further options beyond this week’s municipal court hearing if ownership does not make repairs. The city can file a lawsuit in civil court and ask a court to appoint a receiver — another party who would take over operations. The city can also seek a court order compelling the ownership to fix the property.

Because the judge declared the property substandard, the city can pursue receivership if it chooses to do so, he said. But even if that was not a requirement, he added, the city generally wants to give owners a chance to make repairs after they receive the order in such proceedings.

“I just know that this property owner is a bad actor and code’s been out there trying to work with them, but they haven’t had success, and so that’s why no option’s off the table now,” Sampract said.

Renaud believes receivership is the best option, as a receiver could collect the rent, quickly pay the water bill and begin repairs, he said. He has been working with tenants to inform them of their rights and connect them with resources.

During the hearing, Bañuelos testified that residents called the community home — and that she would, too, if she could.

“I wish I could live here and stay with them,” Bañuelos said. “And, like, people are happy now.”

Tucker has previously said that she did not want to leave. But the hearing seemed to be her last straw.

“I just need to get out,” she said, emotion apparent in her voice. “I’m just at the point of no return.”

*Fort Worth Report is a nonpartisan, nonprofit news source dedicated to providing free, fair and local reporting for our community.*

Nov 3, 2026

**McKinnon Rice**

**See more on:**

Fort Worth | Tarrant County

---

## We value your feedback.

**Help us make our journalism better.** If you have a question, comment or concern about this story, send a note to readerresponse@dallasnews.com. We will direct it to the editor overseeing this journalism, and he or she will respond.

**Have an opinion about this?** Send a letter to the editor using our letters form or email letters@dallasnews.com. Letters should be no more than 200 words and include the first and last name of the writer and city of residence.

---

### Latest Headlines



ELECTIONS

**Jenkins, Sommerman, other top Dallas County Democrats seek reelecti…**

Four incumbents and one newcomer are vying to maintain the Dallas County government's blue…



POLITICS

**Democrat Amber Givens faces write-in challenger in Dallas County DA race**

The contest, one of the county's key races, will determine who succeeds District Attorney…




ELECTIONS

**Voters to deci County homel**

The measure would rate by 2.4 cents pe and has no automat