# Exhibit D

August 28, 2026

***<u>Via Federal Express, US Mail, and Email (contact@theegre.com, rentals@egrepm.com, irnhausrentals@egrepm.com, )</u>***

Endeavor Group Real Estate
Richard Rubin
Neal Patel
Sunny Patel

c/o Manor Independent Living
8000 Calmont Ave.
Fort Worth, Texas 76116

c/o Irnhaus
7941 Crestwood Blvd.
Birmingham, Alabama 35210

Re: *Demand To Immediately Cease-and-Desist Unauthorized Use of the Mark ENDEAVOR and All Other Unauthorized Use and Other Activities Concerning Trademarks and Intellectual Property of Endeavor Real Estate Group, Ltd.*

We are legal counsel for Endeavor Real Estate Group, Ltd. ("<u>Endeavor</u>"). This letter serves to notify each of Richard Rubin, Neal Patel, Sunny Patel and the entity operated under the name Endeavor Group Real Estate ("<u>EGRE</u>") (each individually and each in their implied capacity as founders and/or principals of EGRE) (individually and collectively, "<u>you</u>") about Endeavor's claims for trademark infringement and unfair competition against you; and to demand a resolution before the matter further escalates.

Endeavor, with headquarters in Austin, Texas, is a prominent and highly recognized national full-service commercial real estate firm involved in, among other things, the investment, design, development, construction, management, and leasing of industrial, commercial, multi-family, and mixed-used real estate. As to its size and scope, Endeavor has $5.6 billion of real estate assets, 29.9 million of square feet that it has acquired, developed, or that is in development, and 13K+ of multifamily units planned, under construction, leased, or sold. Endeavor has been operating since at least as early as March 1999 and its stellar reputation for excellence with respect to its services is recognized throughout the United States.

For over 27 years, Endeavor has exclusively and continually owned, used, and advertised its distinctive **Endeavor** name. Further, Endeavor owns multiple federal trademark registrations for the mark ENDEAVOR in connection with its real estate services (collectively, "<u>Endeavor</u>

---

Marks"). Copies of the federal Certificates of Registration for the Endeavor Marks are included as Exhibit A to this letter. As a result of Endeavor's longstanding use of the Endeavor Marks and its stellar reputation for the services it provides, the Endeavor Marks have become widely known throughout the United States, are closely identified with Endeavor, and represent the substantial and valuable goodwill of Endeavor.

Endeavor has invested substantial sums to market and promote the Endeavor Marks and the services it offers under those marks. And the value of the Endeavor Marks and their associated goodwill is exceptionally high because the Endeavor Marks are a well-known and highly recognized brand. Accordingly, Endeavor is the exclusive owner and senior user of valuable and distinctive trademark rights in the term ENDEAVOR; and Endeavor may enforce those rights against unauthorized users of the same or confusingly similar marks. *See, e.g., Viacom Int'l v. IJR Capital Investments, L.L.C.*, 891 F.3d 178, 185-86 (5th Cir. 2018).

It has come to Endeavor's attention that, in operating your business and websites, you are using the term ENDEAVOR in a manner not authorized by Endeavor and this is creating a likelihood of confusion between you and the services you provide and our client, Endeavor, and its services. The screen capture from your website as shown in the attached Exhibit B, clearly illustrates your unauthorized use of the Endeavor Marks by the very fact that the post itself refers to our client Endeavor, and this has caused, and continues to cause, confusion.

Your use of ENDEAVOR in your entity name, your websites, and the services you provide creates a likelihood of consumer confusion in the marketplace and is illegal. Moreover, such use will result, and likely has already resulted, in the impairment of Endeavor's reputation. Accordingly, Endeavor has the right to take legal action against you for your infringing activities, *see, e.g.,* Lanham Act 43(a)(1)(A) (15 U.S.C. § 1125(a)(1)(A)), and to seek various remedies, including injunctive relief, actual damages, disgorgement of profits, costs, and reasonable attorney's fees. *See* 15 U.S.C. §§ 1114, 1116, 1117.

In light of the foregoing, Endeavor demands that you take the following actions:

1. **Immediately and forever** cease all use of the "Endeavor" name and any other names and marks which are the same or confusingly similar to Endeavor;

2. **Immediately and permanently** (i) delete the webpage referencing our client as shown in Exhibit B, (ii) delete all social media entries using "Endeavor" and (iii) change the name of Endeavor Group Real Estate to remove the name "Endeavor"; and

3. **No later than 5:00 p.m. CT on September 4, 2026**, deliver to us a signed written statement confirming your compliance with all of the above-stated demands.

While it is Endeavor's current desire to resolve this issue amicably, please know that if we do not hear from you on or before September 4, 2026 with such confirmation, we will assume you

have made the affirmative election to continue to violate Endeavor's rights, and we will advise our client to act accordingly to protect its intellectual property rights.

Please direct all future communications regarding this matter to our attention. We look forward to your immediate response.

THIS LETTER DOES NOT SET FORTH AN EXHAUSTIVE STATEMENT OF THE FACTS RELEVANT TO THE MATTERS COMPLAINED OF AND EXHIBIT B IS NOT AN EXHAUSTIVE LIST OF THE INFRINGING ACTIVITIES. IT IS WRITTEN WITHOUT ELECTION, WAIVER, OR PREJUDICE AND WITH FULL RESERVATION OF OUR CLIENT'S RIGHTS.

Sincerely,

Raman N. Dewan, Partner
Jackson Walker L.L.P.

---

**EXHIBIT A**
**CERTIFICATES OF REGISTRATION**

# United States of America

## United States Patent and Trademark Office

# ENDEAVOR

**Reg. No. 7,600,938**

**Registered Dec. 10, 2024**

**Int. Cl.: 36**

**Service Mark**

**Principal Register**

Endeavor Real Estate Group, Ltd. (TEXAS LIMITED PARTNERSHIP)
500 West 5th Street, Suite 700
Austin, TEXAS 78701

CLASS 36: Real property leasing and management services; investment management services for others in the field of industrial, commercial, multi-family, and mixed-use real estate; consulting services, namely, providing representation services in the nature of real estate agent services for tenants in commercial real property leasing matters

FIRST USE 3-1-1999; IN COMMERCE 3-1-1999

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-978,114, FILED 03-24-2022

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

---

# United States of America
## United States Patent and Trademark Office

# ENDEAVOR

**Reg. No. 7,870,735**

**Registered Jul. 22, 2025**

**Int. Cl.: 37**

**Service Mark**

**Principal Register**

Endeavor Real Estate Group, Ltd. (TEXAS LIMITED PARTNERSHIP)
500 West 5th Street, Suite 700
Austin, TEXAS 78701

CLASS 37: Real estate development and construction of commercial and hotel property; commercial real property construction project management services

FIRST USE 3-1-1999; IN COMMERCE 3-1-1999

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-329,372, FILED 03-24-2022

Acting Director of the United States Patent and Trademark Office

---

**EXHIBIT B**
**SCREEN CAPTURES –**
**www. manorindependentliving.com/endeavor-group-real-estate-acquires-senior-living-facility-manor-independent-living-in-fort-worth/**



MARCH 29, 2025

EGRE
Endeavor Group Real Estate

# ENDEAVOR GROUP REAL ESTATE ACQUIRES MANOR INDEPENDENT LIVING

This acquisition marks EGRE's inaugural affordable independent living project

The property was acquired by EGRE in May 2024. The property is already operational with upgrades ongoing. Leasing begins April 1st, 2025.

Endeavor Group Real Estate (EGRE), an adaptive reuse and renewal company specializing in transforming older or distressed assets into newer modern affordable residential communities, has announced their acquisition of a Senior Living complex in Fort Worth, Texas with a total of 140 units available. The facility has been renamed Manor Independent Living.

Located in a submarket known as the "Las Vegas Trail," Manor Independent Living has undergone a yearlong renovation and change of programing that will make it a more affordable option for senior living.

Some of the key upgraded amenities will include:

- Three meals a day Included in rent price – from $1,900 per month all bills paid
- 24/7 Concierge Access to Doctors/Medical
- Lounges, game rooms, amenity spaces all upgraded and added

"We were attracted to this property for many reasons, but first was the lack of affordable senior housing in the Fort Worth area," said Richard Rubin, Principal EGRE. "Hill Villa offers an opportunity to bring affordability and independent senior living to the market without a reliance on federal or state subsidies. This demonstrates EGRE's commitment to adaptive reuse and delivering affordable housing solutions in markets with strong demand."

Endeavor Real Estate Group is an Austin, Texas based full-service commercial real estate firm that enhances value with a creative approach to investment, design, management, and leasing of retail, office, industrial, self-storage, mixed-used and multifamily properties. Endeavor is committed to sustainable, meaningful, and high-quality projects that enhance surrounding communities and exceed stakeholder expectations. Since its inception in 1999, Endeavor has developed and/or acquired more than 21.8 million square feet of realized commercial real estate. With 190 employees, 11,100 multifamily units in planning, under construction, in leasing or sold, 8.9 million square feet of office, industrial and retail space under management and 1.4 million square feet currently under construction, Endeavor is the largest full-service commercial real estate firm in Austin and a premiere, award-winning firm, nationally.

SENIOR LIVING

CATEGORIES

NEWS (1)

RECENT POSTS

TARRANT COUNTY, TX BASED AFFORDABLE STATE OF THE ART SENIOR LIVING COMPLEX WELCOMING VETERANS, VOUCHER HOLDERS, AND ADULTS 55+

THE PRINCIPLE OF SMART LIVING FOR THE ELDERLY:COMFORT, SAFETY, AND INDEPENDENCE

ENDEAVOR GROUP REAL ESTATE ACQUIRES MANOR INDEPENDENT LIVING

NEWSLETTER

We promise not to spam you!

Full Name

Email Address

Phone Number

SUBMIT REQUEST

TAGS

AFFORDABLE HOUSING
HOUSING PROGRAMS
RENTAL ASSISTANCE
SENIOR LIVING
VETERANS

**www.theegre.com**

